UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 19-cv-2317 (DSD/TNL)

Joselin Jara Soliz,

    Plaintiff,

v.

Credit Acceptance Corp.,

    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Joselin Jara Soliz dismisses all claims in this action against Credit Acceptance Corp. **without prejudice** immediately under Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: September 26, 2019

*/s/ Bennett Hartz*
Andrew C. Walker #392525
Bennett Hartz #393136
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
***Attorneys for Plaintiff***